IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE A. MUSANTE, JR.,

    Plaintiff,                                      CIV S-04-2209 GGH

    vs.

JO ANNE B. BARNHART,                        <u>ORDER</u>
Commissioner of Social Security,

    Defendant.

_____/

         Presently before the court is the Commissioner's motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e). Having reviewed the motion and plaintiff's opposition, the court now determines for the reasons stated in plaintiff's opposition and Social Security Ruling 83-10, that the Commissioner's December 29, 2005 motion is DENIED.

         IT IS SO ORDERED.

DATED: 1/30/06

                                                           /s/ Gregory G. Hollows
                                                           UNITED STATES MAGISTRATE JUDGE

GGH:076/musante.59e.wpd

1