McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE A. MUSANTE, JR.,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>    Defendant. | CASE NO. **2:04-CV-02209-GGH**<br><br>STIPULATION AND ORDER<br>SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND THREE HUNDRED NINETY AND 00/100 DOLLARS ($3,390.00), said amount representing compensation for legal services rendered on behalf of Plaintiff by her attorney in accordance with 28 U.S.C. § 2412(d).

   This stipulation constitutes a compromise settlement of counsel for Plaintiff's request for all fees under the EAJA, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in the amount of THREE THOUSAND THREE HUNDRED NINETY AND

00/100 DOLLARS ($3,390.00) in fees , shall constitute a complete release from and bar to any and all claims counsel for Plaintiff may have relating to EAJA fees in connection with this action, but such award will not prejudice any future request for attorney's fees under the Social Security Act, 42 U.S.C. § 406(b).

    The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: April 17, 2006          /s/ Bruce J. Hagel
                                              BRUCE J. HAGEL

                                              Attorney for Plaintiff

DATED: April 17, 2006          McGREGOR W. SCOTT
                                              United States Attorney

                                     By:  /s/ Bobbie J. Montoya
                                          BOBBIE J. MONTOYA
                                          Assistant U. S. Attorney

                                              Attorneys for Defendant

OF COUNSEL

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

ELIZABETH FIRER
Assistant Regional Counsel

U. S. Social Security Administration

_____oOo_____

## ORDER

Upon stipulation of the parties, Counsel for Plaintiff in CASE NO. 2:04-CV-02209-GGH, <u>JOE A. MUSANTE, JR. v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $3,390.00, pursuant to the Equal Access to Justice Act.

**APPROVED AND SO ORDERED.**

**DATED:** 4/20/06                            /s/ Gregory G. Hollows

**GREGORY G. HOLLOWS**
**UNITED STATES MAGISTRATE JUDGE**

musante.eaja